NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

MISCELLANEOUS DOCKET NO. 926

IN RE CREATIVE COMPOUNDS, LLC,

Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Southern District of Florida in case no. 07-CV-22814, Judge Alan S. Gold.

ON PETITION FOR WRIT OF MANDAMUS

Before DYK, <u>Circuit Judge</u>.

## O R D E R

Creative Compounds, LLC submits a petition for a writ of mandamus to direct the United States District Court for the Southern District of Florida to issue a permanent injunction.

Upon consideration thereof,

IT IS ORDERED THAT:

Starmark Laboratories, Inc. is directed to respond no later than February 4, 2010.

FOR THE COURT

JAN 2 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Matthew A. Rosenberg, Esq.
     Frederick A. Tecce, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 6 2010

JAN HORBALY
CLERK